# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

RON SHORT

                Plaintiff(s),

v.

THE UNITED STATES OF AMERICA and R/V POINT SUR

                Defendant(s).

CASE NO. CV 09 3505 CW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- [ ] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [X] Private ADR *(please identify process and provider)* <u>Mediation (provider yet to be decided)</u>

The parties agree to hold the ADR session by:
- [ ] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [ ] other requested deadline _____

Dated: <u>November 12, 2009</u>     <u>S/ EDWARD M. BULL, III</u>
                                          Attorney for Plaintiff
                                          RON SHORT

Dated: <u>November 12, 2009</u>     <u>S/ MARKER E. LOVELL, JR.</u>
                                          Attorney for Defendant
                                          THE UNITED STATES OF AMERICA

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- [ ] Non-binding Arbitration
- [ ] Early Neutral Evaluation (ENE)
- [ ] Mediation
- [X] Private ADR

Deadline for ADR session
- [ ] 90 days from the date of this order.
- [X] other <u>1 year</u>

IT IS SO ORDERED.

Dated: <u>November</u>, 2009

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the City and County of San Francisco by the law firm of GIBSON ROBB & LINDH LLP, 100 First Street, 27$^{h}$ Floor, San Francisco, California 94105. I am over the age of 18 years and not a party to the within action. I am readily familiar with the practice of GIBSON ROBB & LINDH LLP with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation. The below-described document(s) will be deposited in the ordinary course of the business of GIBSON ROBB & LINDH LLP with the United States Postal Service on the same date as I sign this document. On November 12, 2009, I served the within **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** in said action by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid addressed as follows:

Amy Jo Bull, Esq.
BANNING MICKLOW & BULL LLP
384 Embarcadero West, Suite 200
Oakland, CA 94106

Following the ordinary business practices of GIBSON ROBB & LINDH LLP, I placed the aforesaid envelope in the place for collection and mailing on the date specified.

Pursuant to the Local Rules of the United States District Court, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code.

I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct.

Executed on November 12, 2009, at San Francisco, California.

*T. Lianne Jitodai*
T. Lianne Jitodai

---

PROOF OF SERVICE re: Stipulation and [Proposed] Order Selecting ADR Process
Case No. CV 09 3505 JCS; Our File No. 8001.84