1 | PETER A. LINDH  (061907)
MARKER E. LOVELL, JR.  (208659)
2 | GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
3 | San Francisco, California  94105
Telephone: (415) 348-6000
4 | Facsimile:  (415) 348-6001
Email: plindh@gibsonrobb.com
5 | Email: mlovell@gibsonrobb.com

6 | Attorneys for Defendant
THE UNITED STATES OF AMERICA

8 | Edward M. Bull, III, Esq., SBN 141996
Amy Jo Bull, Esq., SBN 135939
9 | BRODSKY MICKLOW BULL & WEISS LLP
384 Embarcadero West, Suite 200
10 | Oakland, CA 94607-3704
Tel:   (510) 268-6180
11 | Fax:   (510) 268-6181
Email: ebull@bmbwlawfirm.com

Attorneys for Plaintiff
RON SHORT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON SHORT,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, *in personam*, and R/V POINT SUR, its engines, tackle, apparel, furniture, etc., *in rem*,<br><br>Defendants. | Case No.  CV 09 3505 CW<br><br>**JOINT STATUS REPORT AND STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Case Management<br>Conference:    November 30, 2010<br>Time:             2:00 p.m. |

The parties hereto, by and through their counsel of record herein, hereby provide the following Joint Status Report and Stipulation and Proposed Order Continuing Case Management Conference as follows:

---

JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE
Case No. CV 09 3505 CW; Our File No. 8001.84

1   WHEREAS the Court held its initial case management conference in this matter on July 20, 2010, and at that time ordered a further case management conference to be set for November 30, 2010; and

WHEREAS on or about August 26, 2010 Plaintiff's treating doctor found him to be permanent and stationary, but permanently disabled from his prior career as a ship's captain; and

WHEREAS the Plaintiff has been making best efforts to evaluate his vocational options (and damages), including undergoing vocational counseling and testing; and

WHEREAS the parties have agreed to complete certain exchanges of information (including formal initial disclosures) and then to participate in a mediation before Chris Lavdiotis; and

WHEREAS the above evaluations and exchanges will be completed in the coming days, and well before the currently scheduled case management conference, but the earliest day the parties could secure a full day mediation with Mr. Lavdiotis and have attendance of insurance representatives of the defendant with full settlement authority was January 26, 2011; and

WHEREAS the parties are hopeful that the mediation will be successful and obviate the need for a further case management conference; and

WHEREAS the parties will be prepared to set a trial and related dates if the case does not settle;

THE PARTIES HEREBY STIPULATE and respectfully request that the Court order that the parties be given until January 26, 2011 to complete private mediation, and continue the current case management conference from November 30, 2010, to a date convenient to the Court following the January 26, 2011 mediation.

Respectfully submitted,

Dated: November 17, 2010          GIBSON ROBB & LINDH LLP

                                  By:  /S/ Marker E. Lovell, Jr.
                                       Marker E. Lovell, Jr.

                                  Attorneys for Defendant
                                  THE UNITED STATES OF AMERICA
                                  mlovell@gibsonrobb.com

Dated: November 17, 2010                BRODSKY  MICKLOW BULL & WEISS LLP

By: /S/ Edward M. Bull, III
      Edward M. Bull, III
      Amy Jo Bull

Attorneys for Plaintiff
RON SHORT
ebull@bmbwlawfirm.com

## ORDER

Based on the stipulation of the parties and good cause appearing to support the requested continuance, IT IS HEREBY ORDERED that the parties shall have until January 26, 2011 to complete mediation, and that the case management conference currently set for November 30, 2010 is hereby vacated, and a new case management conference set for 2:00 p.m on <u>February 15, 2011 at 2:00 p.m.</u>

DATED: 11/19/2010

                                                HON. CLAUDIA WILKEN
                                                UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SIGNATURE**

I attest that the content of this document is acceptable to attorney, MARKER E. LOVELL, JR. , and that he authorized me to sign the document on his behalf.

                                                                 <u>/s/ Edward M. Bull III</u>